AO91 (Rev. 12/03) Criminal Complaint　　　　　　　　　　　　　　　　　　　　AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**　　　　　　　　**CRIMINAL COMPLAINT**
vs.

Jose Adan ARGUETA-Lainez　　　　　　　　　Case Number: 1:18-po-5331
A201 449 467　Honduras

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about November 05, 2018 in Cameron County, in the Southern District Of Texas defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title 8 United States Code, Section(s) 1325(a)(1)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on November 05, 2018. The defendant is a citizen of Honduras who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on November 05, 2018 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:　☐ Yes　☒ No

/S/ Mora, Sergio A.　Border Patrol Agent
Signature of Complainant

Mora, Sergio A.　Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

November 07, 2018　　　　　　　　　　at　　Brownsville, Texas
Date　　　　　　　　　　　　　　　　　　　　City/State

Ignacio Torteya III　　　U.S. Magistrate Judge
Name of Judge　　　　　Title of Judge　　　　　Signature of Judge